# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 28, 2023

## NO. 03-21-00344-CV

**D'joulou  K. Caldwell, Appellant**

**v.**

**Texas Department of Public Safety; Steven C. McCraw, in his Official Capacity As Director of the Texas Department of Public Safety;  and Irving Municipal Registration Police Officer Dennis Johnson, in his Official Capacity as a Peace Officer/Reporting Officer of the Irving Police Department, Appellees**

**APPEAL FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND JONES
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the order signed by the trial court on June 24, 2021.  Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal.  Therefore, the Court dismisses the appeal for want of jurisdiction.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.